JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO RODRIGUEZ, | Case No. 8:24-cv-01705-KK-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN COLVIN,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: 01/10/2025

HONORABLE KENLY KIYA KATO
United States District Judge

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Under Federal Rule of Civil Procedure 25(d), she is automatically substituted as the Defendant in this suit.